FILED SEP 27 2010 IN THIS OFFICE CLERK U.S. DISTRICT COURT GREENSBORO, NC BY

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:10CR360-1 |
| JERRY LEE HAIRSTON, JR. | : |

The Grand Jury charges:

On or about September 20, 2009, in the County of Forsyth, in the Middle District of North Carolina, JERRY LEE HAIRSTON, JR., having been convicted on August 9, 2005 and re-sentenced on May 25, 2006, in the Superior Court of Forsyth County, Winston-Salem, North Carolina, of crimes punishable by imprisonment for a term exceeding one year, that is, assault with a deadly weapon inflicting serious injury and possess with intent to sell and deliver cocaine, knowingly did possess in commerce and affecting commerce a firearm, that is, Taurus .45 caliber semiautomatic pistol, model PT945, serial number NRE06954; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

ROBERT A. J. LANG
ASSISTANT UNITED STATES ATTORNEY

JOHN W. STONE, JR.
ACTING UNITED STATES ATTORNEY